IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HUGO LOPEZ-ORTIZ<br><br>　　　　　　Defendant. | 8:18CR268<br><br>**ORDER** |

This matter is before the court on the defendant's Motion to Continue (Unopposed) [31]. Counsel needs additional time to complete plea negotiations. For good cause shown,

**IT IS ORDERED** that the defendant's Motion to Continue (Unopposed) [31] is granted as follows:

1. The jury trial, now set for May 28, 2019, is continued to **July 30, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 30, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 20th day of May 2019.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge